James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832
Attorneys for Defendant
Eli Lilly and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE SWARTZ,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ELI LILLY AND COMPANY,<br><br>                    Defendant. | No.: C 06 0031 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date:   July 28, 2006<br>Conference Time:   1:30 p.m.<br>Location:          Courtroom 2, 17TH Fl., SF. |

Pursuant to this Court's Order Setting Initial Case Management Conference ("CMC"), Plaintiff Jeannie Swartz ("Plaintiff"), and Defendant Eli Lilly and Company ("Lilly"), submit the following Case Management Conference Statement:

Plaintiff and Lilly request that this Court take the July 28, 2006, CMC off-calendar or continue the CMC for approximately 120 days. This case falls within the purview of Multidistrict Litigation Proceeding No. 1596 – *In re Zyprexa Products Liability Litigation* ("MDL Proceeding"). This case will be transferred to the MDL. On May 1, 2006, the Judicial Panel on Multidistrict

Litigation issued a Conditional Transfer Order. On May 17, 2006, the MDL Clerk issued a letter ordering the transferee clerk to file the Judicial Panel on Multidistrict Litigation's order transferring this case, as well as others. A copy of that letter (and copy of the Conditional Transfer Order) is attached as Exhibit A.

In short, because this action will be transferred to the MDL, there is no need for a CMC on July 28, 2006, or early ADR. Accordingly, Plaintiff and Lilly request the CMC be taken off-calendar, or be continued 120 days, by which time this case will be transferred to the MDL.

DATED: July 14, 2006.

REED SMITH LLP

By _____
James M. Wood (SBN 58679)
Nadia M. Bishop (SBN 182995)
Attorneys for Defendant
Eli Lilly and Company

DATED: July 14, 2006.

LEVIN, SIMES, KAISER & GORNICK LLP

By _____
Lawrence J. Gornick
Emily Charley
Attorneys for Plaintiff Jeannie Swartz

DOCSOAK-9827106.1

Pursuant to the parties' representations, the Case Management Conference Set for July 28, 2006, is HEREBY VACATED. In the event this matter is not transferred, the parties shall submit a joint request to have the matter put back on this Court's calendar.

IT IS SO ORDERED.

July 17, 2006

_____
[Signature: Jeffrey S. White]